STATE of Missouri, Respondent,

v.

John Joseph CAMILLO, Appellant.

No. WD 49941.

Missouri Court of Appeals,
Western District.

April 4, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, C.J., P.J., and BERREY and ULRICH, JJ.

### ORDER

PER CURIAM.

Appeal from sentences as a prior and persistent offender to two consecutive terms of ten years imprisonment, following convictions, after jury trial, of two counts of second degree arson.

Judgment affirmed. Rule 30.25(b).